*Order Granting Oral Argument in Case Pending on Application for Leave to Appeal Entered September 18, 2015:*

HARDY V LAURELS OF CARSON CITY, LLC, No. 150882; Court of Appeals No. 317406. The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the Court of Appeals erred in reversing the Montcalm Circuit Court's grant of summary disposition to the defendant pursuant to MCR 2.116(C)(10) of the plaintiff's false imprisonment claim based on its conclusion that genuine issues of material fact remained whether Margaret Roush's patient advocate designation became effective on October 24, 2012, see MCL 700.5506, and whether Roush subsequently revoked her patient advocate designation, see MCL 700.5510(1)(d); (2) whether the Court of Appeals erred in relying on an affidavit submitted by the plaintiff's attorney pursuant to MCR 2.116(H) to conclude that genuine issues of material fact remained; and (3) whether the Court of Appeals erred in addressing the plaintiff's remaining claims of intentional infliction of emotional distress, abuse of process, and civil conspiracy, where the plaintiff did not challenge that portion of the trial court's order granting summary disposition as to those claims. The parties should not submit mere restatements of their application papers.

The Elder Law and Disability Rights Section of the State Bar of Michigan is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.

*Rehearing Denied September 18, 2015:*

PEOPLE V TIMOTHY JACKSON, No. 149798; opinion at 498 Mich 246.